## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JASON HOFFMAN, individually and
on behalf of all others similarly
situated,

                Plaintiff,            6:23-CV-01213-JSS-LHP

    - against -

ARIZONA BEVERAGES USA, LLC,

                Defendant

## UNOPPOSED MOTION TO WITHDRAW

William Wright, proceeding under Local Rule 2.02(c), moves to withdraw from representing Plaintiff Jason Hoffman in this case.

I certify that the client consents to the withdrawal.

The withdrawal will not result in the Plaintiff proceeding pro se.

The withdrawal will not result in a continuance of a trial.

### Local Rule 3.01(g) Certification

I have conferred with the opposing party's counsel and represent the motion is unopposed.

Date:  July 12, 2024           WILLIAM C. WRIGHT

                                  *s/William C. Wright*

William C. Wright (FL Bar No. 138861)
The Wright Law Office, P.A.
515 N. Flagler Drive, Suite 350
West Palm Beach, FL  33401
Telephone No.: 561-514-0904
willwright@wrightlawoffice.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2024, I filed the foregoing Motion with the Clerk of Court.  I also certify that the foregoing Motion was served on all counsel of record or *pro se* parties identified on the docket via transmission by electronic mail.


*s/William C. Wright*