# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| JASON HOFFMAN, individually and on behalf of all others similarly situated, | 6:23-cv-01213-JSS-LHP |
| Plaintiff, | |
| - against - | **NOTICE OF VOLUNTARY DISMISSAL** |
| ARIZONA BEVERAGES USA, LLC, | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff files this Notice of Voluntarily Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 15, 2024

Respectfully submitted,

/s/  Chris Gold
Chris Gold
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 561-789-4413
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

# Certificate of Service

I certify that on July 15, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Chris Gold